IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STATE OF FLORIDA,

      Appellant,

v.

NICODIOUS NORWOOD,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4363

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellant.

Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED. See Mobley v. State, 197 So. 3d 572 (Fla. 4th DCA 2016).

WOLF, MAKAR, and M.K. THOMAS, JJ., CONCUR.